On respondent's motion for reconsideration filed February 4, motion for reconsideration allowed, former opinion (83 Or App 270, 730 P2d 43) modified May 6, reconsideration denied June 12, petition for review denied June 30, 1987 (303 Or 590)

STATE OF OREGON,
*Respondent,*

*v.*

EDWARD LEE ROGERS, JR.,
*Appellant.*

(80074, 80075A; CA A40797 (Control), A40839)
(Cases Consolidated)

736 P2d 228

Charlene Woods, Assistant Attorney General, Salem, for motion.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

We grant the state's motion for reconsideration of our opinion, 83 Or App 270, 730 P2d 43 (1986), for the limited purpose of modifying the disposition of the appeal in one particular. Because defendant was charged separately with careless driving, we suspend execution of the sentence of his conviction for that charge, pending further proceedings in the trial court. In the event defendant is retried and convicted of reckless driving, the state concedes that the careless driving conviction must then be vacated. If defendant is not convicted on the reckless driving charge, his sentence for careless driving may then be executed.

Motion for reconsideration allowed; former opinion modified to provide that execution of the sentence for careless driving conviction be suspended pending action on the remand of the reckless driving conviction.